# UNDER SEAL

FILED
CHARLOTTE, N.C.
FEB 26 2008
U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. _3:08 cr 34 -C_ |
| | ) | |
| v. | ) | |
| | ) | **ORDER TO SEAL** |
| JORGE FLORES-ROJAS | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment in the above-numbered case and all subsequently filed documents be sealed, pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure;

AND IT APPEARING to the Court that said Rule provides for the sealing of such documents and that the interest of justice would be served thereby;

NOW, THEREFORE, IT IS ORDERED that immediately upon the return and filing of the Bill of Indictment in the above-numbered cause, the Bill of Indictment, the Motion to Seal, this Order, and all subsequently filed documents be sealed pending a further order from this Court.

SO ORDERED this the 26th day of February, 2008.

_Carl Horn, III_

CARL HORN, III
UNITED STATES MAGISTRATE JUDGE