**"UNDER SEAL"**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:08CR34-C |
| | ) | |
| v. | ) | ORDER DISMISSING |
| | ) | MATERIAL WITNESS WARRANT |
| JORGE FLORES-ROJAS | ) | FOR CESAR SAMPEREO-DE LA ROSA |
| | ) | |

THIS MATTER comes before this Court upon Motion of the United States to dismiss the material witness warrant for Cesar Sampereo-De La Rosa. The Court finds that the material witness's appearance is no longer required and that he should be released from custody based on the material witness warrant.

Therefore, it is ordered that the material witness warrant for Cesar Sampereo-De La Rosa is hereby DISMISSED and he is to be released from custody based on the same.

The Clerk is directed to certify copies of this Order to defense counsel, the United States Marshal's Service, and the United States Attorney.

SO ORDERED this 14th day of May, 2008.

_____
United States Magistrate Judge