UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET #: 3:08-CR-34-001 |
| v. ) | |
| ) | |
| JORGE FLORES-ROJAS ) | |
| _____) | |

## NOTICE OF APPEAL

**JORGE FLORES-ROJAS**, by and through his undersigned counsel, hereby gives notice, pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, that he is appealing the final judgment entered by Honorable Chief United States District Judge, Robert J. Conrad, Jr., on April 17, 2009, to the United States Court of Appeals for the Fourth Circuit.

Respectfully submitted this the __20th__ day of April, 2009.

**THE LAW OFFICE OF LUCKY T. OSHO, PC**

__s/_____
Lucky T. Osho
5222 Monroe Road, Suite 126
Charlotte, NC 28202
Tele: (704) 531-9311
Fax: 704-531-9311
E-mail: ltolaw@aol.com
North Carolina Bar #27383

PDF created with pdfFactory trial version www.pdffactory.com